IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DIANNE M. THEODOROU,

    Plaintiff,

    v.

ASTRAZENECA PHARMACEUTICALS, L.P., et al.

    Defendants.

No. C 06-01483 JSW

**AMENDED ORDER ON PLAINTIFFS' OMNIBUS MOTION FOR ADMINISTRATIVE RELIEF REQUESTING ORDERS APPROVING DISMISSALS WITHOUT PREJUDICE**

The Court's Order of July 18, 2006, dismissing this action without prejudice is HEREBY AMENDED to reflect that the matter should be dismissed without prejudice as to Astrazeneca Pharmaceuticals, L.P. and Astrazeneca, L.P. only. The matter remains pending as to Defendant Eli Lilly. Accordingly, the file shall remain open.

**IT IS SO ORDERED.**

Dated: July 18, 2006

                                                       JEFFREY S. WHITE
                                                     UNITED STATES DISTRICT JUDGE