LAWRENCE J. GORNICK (SBN 136290)
EMILY M. CHARLEY (SBN 238542)
**LEVIN SIMES KAISER & GORNICK LLP**
One Bush Street, 14th Floor
San Francisco, CA 94104
Telephone: 415-646-7160
Facsimile: 415-981-1270

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANNE M. THEODOROU,<br><br>Plaintiff,<br><br>vs.<br><br>ELI LILLY AND COMPANY,<br><br>Defendant. | No. C 06 1483 JSW<br><br>Before the Honorable Jeffrey S. White<br><br>[~~PROPOSED~~] ORDER VACATING ~~AND/OR CONTINUING~~ CASE MANAGEMENT CONFERENCE<br><br>Conference Date:   August 11, 2006<br>Conference Time:   1:30 pm<br>Location:   Courtroom 2, 17th Floor |

For the reasons set forth in Plaintiff and Defendant's Joint Case Management Conference Statement, the Court hereby ~~continues~~ VACATES the August 11, 2006 Case Management Conference ("CMC") ~~to _____ at _____~~. In the event the case is not transferred to the Honorable Claudia Wilken and/or as part of MDL No. 1596 – *In re Zyprexa Liability Litigation*, ~~far enough in advance of the new CMC date,~~ the parties shall file a ~~Joint CMC Statement at least 5 calendar days before the CMC, pursuant to this Court's Standing Order~~ joint request to put the matter back on this Court's calendar.

**IT IS SO ORDERED.**

DATED: August 2, 2006

*/s/ Jeffrey S. White*
Honorable Jeffrey S. White
United States District Court Judge

—3—
[Proposed] Order