# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

August 21, 2006

**FILED**
IN CLERKS OFFICE
U.S. DISTRICT COURT ED. N.Y.
★ SEP - 1 2006 ★
P.M. _____ N
TIME A.M. _____

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

04-MD-1596

Re: MDL-1596 -- In re Zyprexa Products Liability Litigation
Re: MDL-1769 -- In re Seroquel Products Liability Litigation

*Dianne M. Theodorou v. AstraZeneca Pharmaceuticals, LP, et al.*, N.D. California, C.A. No. 3:06-1483 — 06CV-4972
*Denise L. Outlaw v. AstraZeneca Pharmaceuticals, LP, et al.*, N.D. California, C.A. No. 3:06-1857 — 06CV-4973
*Bridgette R. Jones v. AstraZeneca Pharmaceuticals, LP, et al.*, N.D. California, C.A. No. 4:06-1485 — 06CV-4974
*Carol Harris, etc. v. Eli Lilly & Co.*, E.D. Texas, C.A. No. 5:06-104  06CV 4975

Dear Mr. Heinemann:

Three separate orders were filed by the Panel today in the above-captioned matter. Enclosed is a certified copy and one additional copy of each of the three orders lifting stay of CTO-61 in respect to MDL-1596. The orders are directed to you for filing.

Enclosed is a list of involved counsel.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By  *Dana L. Stewart*
Deputy Clerk

Enclosures

cc: Transferee Judges: Judge Jack B. Weinstein; Judge Anne C. Conway
    Transferor Judges: Judge Saundra Brown Armstrong, Judge Jeffrey S. White, Judge T. John Ward
    Transferor Clerk:  David J. Maland, Richard W. Wieking

734

JPML Form 68

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 21 2006

FILED
CLERK'S OFFICE

# DOCKET NOS. 1596 AND 1769

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### MDL-1596 – IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION
### MDL-1769 – IN RE SEROQUEL PRODUCTS LIABILITY LITIGATION

*Dianne M. Theodorou v. AstraZeneca Pharmaceuticals, LP, et al.*, N.D. California, C.A. No. 3:06-1483

*Denise L. Outlaw v. AstraZeneca Pharmaceuticals, LP, et al.*, N.D. California, C.A. No. 3:06-1857

### ORDER VACATING CTO-3 IN MDL-1769 AND LIFTING STAY OF CTO-61 IN MDL-1596

On August 2, 2006, the Panel filed an order conditionally i) transferring these two actions (*Theodorou* and *Outlaw*) to the Eastern District of New York in MDL-1596, ii) separating the Seroquel claims and remanding them to the Northern District of California, and iii) transferring the resulting Seroquel actions to the Middle District of Florida in MDL-1769. In the absence of any opposition, this order is now ripe for finalization. The Panel, however, has been advised that the Seroquel claims in *Theodorou* and *Outlaw* were dismissed in the Northern District of California by the Honorable Jeffery S. White in separate orders filed on July 18, and July 19, 2006, respectively. Accordingly, *Theodorou* and *Outlaw* in their present posture are appropriate for transfer in their entirety to the Eastern District of New York for inclusion in MDL-1596.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-3" in MDL-1769 (with prior separation and remand of Seroquel claims), filed on August 2, 2006, is VACATED insofar as it relates to these actions.

IT IS FURTHER ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-61" in MDL-1596 is LIFTED insofar as it relates to these actions, and thus the actions are transferred in their entirety to the Eastern District of New York for inclusion in

- 2 -

the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Jack B. Weinstein.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

## DOCKET NOS. 1596 AND 1769

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## MDL-1596 – IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION
## MDL-1769 – IN RE SEROQUEL PRODUCTS LIABILITY LITIGATION

*Bridgette R. Jones v. AstraZeneca Pharmaceuticals, LP, et al.*, N.D. California,
C.A. No. 4:06-1485

## ORDER LIFTING STAY OF CTO-61 IN MDL-1596 AND CONTINUING STAY OF CTO-3 IN MDL-1769

On August 2, 2006, the Panel filed an order conditionally i) transferring this action (*Jones*) to the Eastern District of New York in MDL-1596, ii) simultaneously separating the Seroquel claims and remanding them to the Northern District of California, and iii) then transferring the resulting Seroquel action to the Middle District of Florida for inclusion in MDL-1769. The Panel has received a notice of opposition pertaining only to the transfer of the resulting Seroquel action to the Middle District of Florida. Accordingly, in its current posture, *Jones* is appropriate for i) Section 1407 transfer to the Eastern District of New York for inclusion in MDL-1596, and ii) simultaneous remand of the Seroquel claims to the Northern District of California.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-61" in MDL-1596 is LIFTED insofar as it relates to i) transfer of this action to the Eastern District of New York for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted in MDL-1596 by the Honorable Jack B. Weinstein, and ii) remand of the Seroquel claims to the Northern District of California.

IT IS FURTHER ORDERED that the Panel's conditional transfer order designated as "CTO-3" in MDL-1769, filed on August 2, 2006, continues to be STAYED insofar as it relates to transfer of the resulting Seroquel action to the Middle District of Florida.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Case Case 3:06-cv-31893-RSW Document 23 Filed 03/2006/20 Page 5 of 5

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 2 1 2006

FILED
CLERK'S OFFICE

## DOCKET NOS. 1596 AND 1769

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### MDL-1596 – IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION
### MDL-1769 – IN RE SEROQUEL PRODUCTS LIABILITY LITIGATION

*Carol Harris, etc. v. Eli Lilly & Co.*, E.D. Texas, C.A. No. 5:06-104

### ORDER LIFTING STAY OF CTO-61 IN MDL-1596 AND CONTINUING STAY OF CTO-3 IN MDL-1769

On August 2, 2006, the Panel filed an order conditionally i) transferring this action (*Harris*) to the Eastern District of New York in MDL-1596, ii) simultaneously separating the Seroquel claims and remanding them to the Eastern District of Texas, and iii) then transferring the resulting Seroquel action to the Middle District of Florida for inclusion in MDL-1769. The Panel has received a notice of opposition pertaining only to the transfer of the resulting Seroquel action to the Middle District of Florida. Accordingly, in its current posture, *Harris* is appropriate for i) Section 1407 transfer to the Eastern District of New York for inclusion in MDL-1596, and ii) simultaneous remand of the Seroquel claims to the Eastern District of Texas.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-61" in MDL-1596 is LIFTED insofar as it relates to i) transfer of this action to the Eastern District of New York for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted in MDL-1596 by the Honorable Jack B. Weinstein, and ii) remand of the Seroquel claims to the Eastern District of Texas.

IT IS FURTHER ORDERED that the Panel's conditional transfer order designated as "CTO-3" in MDL-1769, filed on August 2, 2006, continues to be STAYED insofar as it relates to transfer of the resulting Seroquel action to the Middle District of Florida.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel